IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James D. Schermer,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:13cv736

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 22, 2014 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 10, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is **AFFIRMED**. This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court